*Hawkins, Baker,* for appellant.
*Hallam,* for appellee.

---

HENRY D. McHENRY, ETC., *v.* WM. PHELPS, ETC.

**New Trial—Motion for Must be Made in Lower Court.**

It is essential that the party complaining shall make a motion for a new trial in order to have errors corrected by the court of appeals.

### APPEAL FROM OHIO CIRCUIT COURT.

February 22, 1872.

OPINION BY JUDGE LINDSAY:

Where the matters in litigation have been properly submitted to a jury, it is essential that the party complaining shall make

a motion for a new trial, in order to entitle himself to have errors to his prejudice corrected by the court of appeals. 4th Bush 46. No such motion seems to have been made in this case. Wherefore as this court cannot review the proceedings had in the circuit court, the judgment must be affirmed.

*Conklin, John Chapeze, for appellant.*